No. 99–2068. COLLECTIBLES, INC., DBA COLLECTABLES RECORDS *v.* BROWN ET AL. C. A. 5th Cir. Certiorari denied. ■

No. 99–2082. LECHUGA *v.* PERRYMAN. C. A. 7th Cir. Certiorari denied.

No. 99–6774. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–9549. ARELLANO-BERUMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9553. MUNIZ-JUAREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9579. VILLARREAL-PALOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9591. DURAN-GUEVARA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9609. CHAIDEZ-ORANTES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9626. CAMPOS-DE SANTIAGO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9674. THOMPSON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9747. MOODY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–9814. DUSENBERY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–9890. JONES *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9905. RIOS-QUINTERO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9973. MOATES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.